```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                        WESTERN DIVISION
```

HEBER E. COSTELLO, LLC                                      PLAINTIFF

    vs.                    4:06-CV-827-RSW

CATERPILLAR, INC.                                           DEFENDANT

## ORDER

On July 31, 2007, the parties filed a Stipulation for Dismissal with Prejudice under F.R.Civ.P. 41(a)(1). The Court **ACCEPTS** the stipulation and **ORDERS** the Clerk of Court to enter judgment dismissing this case with prejudice.

**IT IS SO ORDERED.**

Dated this 6th day of August, 2007.

_____
RODNEY S. WEBB, District Judge
United States District Court