IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HEBER E. COSTELLO, LLD                                                          PLAINTIFF

V.                                      No. 4:06CV00827 RSW

CATERPILLAR, INC.                                                               DEFENDANT

## JUDGMENT

In accordance with the Stipulation for Dismissal with Prejudice (doc. 21) filed by the parties and the Order (doc. 22) entered by the Court this 6th day of August, 2007,

Judgment is entered and this case is dismissed with prejudice.

JAMES W. MCCORMACK, CLERK


By: _____
    Mary Ann Rawls, Deputy Clerk

Date: August 6, 2007